RECEIVED
DEC 08 2017
BY MAIL

FILED
DEC -8 2017
U.S. DISTRICT COURT
EASTERN DISTRICT OF MO
ST. LOUIS

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI
_____ DIVISION

Perez D Reed
213328
_____

(Enter above the full name of the Plaintiff in this action. Include prison registration number.)

v.

State of Missouri
Beverly Haubel ASA,
_____
_____

(Enter above the full name of ALL Defendant(s) in this action. Fed. R. Civ. P. 10(a) requires that the caption of the complaint include the names of all the parties. Merely listing one party and "et al." is insufficient. Please attach additional sheets if necessary.

4:17CV2857 RWS

Case No. _____
(To be assigned by Clerk)

In what capacity are you suing the defendants?

☐ Official
☐ Individual
☒ Both

### PRISONER CIVIL RIGHTS COMPLAINT UNDER 42 U.S.C. § 1983

I.  PLACE OF PRESENT CONFINEMENT:

   St. Louis County Jail

II. PREVIOUS CIVIL ACTIONS:

   A.  Have you brought any other civil actions in state or federal court dealing with the same facts involved in this action or otherwise relating to your confinement?

       YES [ ]         NO [☒]

B.  If your answer to "A" is YES, describe the action(s) in the space below. If there is more than one action, you must describe the additional action(s) on a separate piece of paper, using the same format as below.

   1.  Parties to previous civil action:

       Plaintiff  _____

       _____

       Defendant(s):  _____

       _____

   2.  Court where filed:  _____

   3.  Docket or case number:  _____

   4.  Name of Judge:  _____

   5.  Basic claim made:  _____

       _____

       _____

   6.  Present disposition (Is the case still pending? Is it closed? If closed, was it appealed?):

       _____

III.  GRIEVANCE PROCEDURES:

A.  Is there a prisoner grievance procedure at the institution in which you are incarcerated?

   YES [X]            NO [ ]

B.  Have you presented this grievance system the facts which are at issue in this complaint?

   YES [ ]            NO [X]

C. If your answer to "B" is YES, what steps did you take: I Mr [illegible] informed Ms. Hauber to stop harassing me, then I contacted Beverly Supervisor and so I sent a letter informing her that what she's nothing after

D. If your answer to "B" is NO, explain why you have not used the grievance system: doing to make me comply is harassment.

IV. PARTIES TO THIS ACTION:

A. Plaintiff

1. Name of Plaintiff: Perez D Reed
2. Plaintiff's address: 100 S Central 7FL
3. Registration number: 213328

B. Defendant(s)

1. Name of Defendant: Beverly Hauber
2. Defendant's address: 100 S Central 2FL
3. Defendant's employer and job title: Public Defender
4. Additional Defendant(s) and address(es): [illegible]

-3-

V.   COUNSEL

   A.   Do you have an attorney to represent you in this action?

   YES [ ]   NO [X]

   B.   If your answer to "A" is NO, have you made an effort to contact an attorney to represent you in this matter?

   YES [ ]   NO [ ]

   C.   If your answer to "B" is YES, state the name(s) and address(es) of the attorneys you contacted and the results of those efforts:

   _____

   D.   If your answer to "B" is NO, explain why you have not made such efforts:

   *I Mr. REED Can not afford a attorney because I am living in poverty.*

   E.   Have you previously been represented by counsel in a civil action in this Court?

   YES [ ]   NO [X]

   F.   If your answer to "E" is YES, state the attorney's name and address:

   _____

## SUBSEQUENT FILINGS

### Certificate of Service

To file a motion, pleading or other paper, you must submit the original document to the Court Clerk. The original document must include a certificate of service which should be in the following form:

---

**Certificate of Service**

I hereby certify that a copy of the foregoing was mailed to _Beverly Hauber_ at _100 S Central 2FL_
  [Opposing Party or Counsel]     [Address]
on _12/05_, 20_17_          _PEREZ REED_
  [Date]                   [Your Signature]

---

Any pleading or document received by the court that fails to include a certificate of service may be returned. In addition to filing the original document with the court, you must mail a copy of each document to all other parties, or if they have counsel, to their attorney(s).

### Motions Filed By Other Parties

If you do not timely respond to a motion filed by another party, you may waive your right to challenge the subject matter of the motion. Applicable time periods are set forth in the Federal Rules of Civil Procedure and the Court's Local Rules.

### Letters to the Court

It is improper to send letters directly to district or magistrate judges regarding cases pending before them. All correspondence should be forwarded to the Clerk of Court. Copies of correspondence should also be sent to all other parties, or if they have counsel, to their attorney(s).

## MAILING

All correspondence, fees, legal documents, etc. should be mailed to the following address:

> Clerk of Court
> United States District Court
> Eastern District of Missouri
> 111 S. Tenth Street, Suite 3.300
> St. Louis, MO 63102

5

VI. Statement of claim (State as briefly as possible the facts of your case. Describe how each defendant is involved. You must state exactly what each defendant personally did, or failed to do, which resulted in harm to you. Include also the names of other persons involved, dates, and places. Be as specific as possible. State your claims in numbered paragraphs. You may use additional paper if necessary):

I Mr. Reed has been held in St. Louis County Jail for 18 months and has been held false imprisonment because the Circumstances of my case. In addition I Mr. Reed has forced and harass repeatly to go threw with a mental exam which I informed my attorny that I am mentally Ill and repeatly refuse to participate in the exam next Beverly Hauber states that in a letter I received Oct 24, 2017 that Beverly, I and the courts will not be able to move Forward to go to trail until I comply with Beverly recommendations.

-5-

VII. RELIEF

State briefly and exactly what you want the Court to do for you. Do not make legal arguments. (Note: If you are a **state** prisoner and you seek from this Court relief that affects the length or duration of your imprisonment, your case **must** be filed on a § 2254 form.)

I MR. REED will like for the Courts to grant me to be release and Compensation which is $50,000.00.

VIII. MONEY DAMAGES:

A) Do you claim either actual or punitive monetary damages for the acts alleged in this complaint?

YES ☒    NO ☐

B) If your answer to "A" is YES, state below the amount claimed and the reason or reasons you believe you are entitled to recover such money damages:

① Mentally I been abused from the effect of the jail. ② my family has left me. ③ I lost my Job. ④ I cant pay Child Support which is steady accumalating. ⑤ Traumatized from becoming a violent people and the envirment.

IX. Do you claim that the wrongs alleged in the complaint are continuing to occur at the present time?

YES ☒    NO [ ]

Perez D Reed                                    12/05/2017
Signature of attorney or pro se Plaintiff        Date

-6-