(See Exhibit 1)

October 27, 2017

4:17 CV 2857 RWS

Mr. Stephen Reynolds
100 S Central 2 Floor
Clayton Missouri, 63105

RE: Concerns with your recommadation.

Dear Stephen Reynolds:

Hey Mr. Reynolds I got your letter on me getting that second evaluation I made my point clear to you before this letter that I was mentally fine and im am refusing the mental evaluation from your department lastly, if you Continue to Press me for a mental evaluation, I will consider this harrassment.

Sincerly,
Perez Reed   11/07/2017
P.R



# MISSOURI STATE PUBLIC DEFENDER SYSTEM

Trial Division
100 S. Central -- 2nd Floor
Clayton, Missouri 63105
Telephone: 314-615-4778    Fax: 314-615-0128

*(Exhibit 2)*

October 24, 2017

Mr. Perez D. Reed
St. Louis County Jail
100 South Central
PO Box 16060
St. Louis, MO 63105

Re: Your concerns about your case and your mental health

Dear Mr. Reed:

Thank you for meeting with me so I could hear your concerns. I realize that you were disappointed with the information that I had to tell you regarding mental evaluations and how court works. I understand that you would like Ms. Hauber to immediately start working on fighting your case. She would also like to do this.

However, at this point in time, the court requires that you have a medical doctor say that your mental health is ok for you to go to court.

As I mentioned during our visit, a second doctor will meet with you. This may be at the jail or it may be at the mental hospital on Delmar in the City of St. Louis. I understand that you do not want to go the hospital. However, for you to go to court, you will need to have this second evaluation completed. It is in your best legal interests to cooperate with the evaluation.

Beverly and I are ready to help you fight your case after the mental evaluations are complete and you have the ok to go to court. This process will take at least 60 more days. It may take 6-12 months if the judge decides you need additional mental health treatment before you are ready to go to court.

Beverly and I will keep you updated. We will be in contact with you at the jail every 45-60 days or so.

Sincerely,

Stephen Reynolds
District Defender

CC:   Greg Mermelstein, MSPD
      Beverly Hauber, MSPD

| Date | Entry |
|---|---|
| 12/05/2016 | **Motion for Change of Counsel**<br>notice of MSPD inter-office transfer; Electronic Filing Certificate of Service.<br>    **Filed By:** BEVERLY HAUBER<br>    **On Behalf Of:** PEREZ D REED<br>    **Associated Entries:** 12/07/2016 - Order Withdrawing Attorney: |
| 12/07/2016 | **Order Withdrawing Attorney:**<br>MSPD TRANSFER OF ATTORNEY MOTION GRANTED. SO ORDERED: JUDGE NANCY M. WATKINS DIV. 21<br>    **Filed By:** WILLIAM DAVID MUELLER<br>    **Associated Entries:** 12/05/2016 - Motion for Change of Counsel |
| 12/13/2016 | **Correspondence Filed**<br>Letter to Inspect; Electronic Filing Certificate of Service.<br>    **Filed By:** JASON ANDREW DENNEY<br><br>**Mot to Produce Documents**<br>States Request to Produce; Electronic Filing Certificate of Service.<br>    **Filed By:** JASON ANDREW DENNEY |
| 01/05/2017 | **Hearing Continued/Rescheduled**<br>    Hearing Continued From: 01/05/2017; 9:00 AM Pre-trial Conference<br>**Pre-trial Conference Scheduled**<br>SO ORDERED: JUDGE NANCY M. WATKINS DIV. 21<br>    **Associated Entries:** 02/02/2017 - Hearing Continued/Rescheduled<br>    **Scheduled For:** 02/02/2017; 9:00 AM ; NANCY WATKINS MCLAUGHLIN; St Louis County |
| 02/02/2017 | **Hearing Continued/Rescheduled**<br>    Hearing Continued From: 02/02/2017; 9:00 AM Pre-trial Conference<br>**Pre-trial Conference Scheduled**<br>SO ORDERED: JUDGE NANCY M. WATKINS DIV. 21<br>    **Associated Entries:** 03/23/2017 - Hearing Continued/Rescheduled<br>    **Scheduled For:** 03/23/2017; 9:00 AM ; NANCY WATKINS MCLAUGHLIN; St Louis County |
| 03/23/2017 | **Hearing Continued/Rescheduled**<br>    Hearing Continued From: 03/23/2017; 9:00 AM Pre-trial Conference<br>**Pre-trial Conference Scheduled**<br>SO ORDERED: JUDGE NANCY M. WATKINS DIV. 21<br>    **Associated Entries:** 04/27/2017 - Hearing Continued/Rescheduled<br>    **Scheduled For:** 04/27/2017; 9:00 AM ; NANCY WATKINS MCLAUGHLIN; St Louis County |
| 04/27/2017 | **Hearing Continued/Rescheduled**<br>    Hearing Continued From: 04/27/2017; 9:00 AM Pre-trial Conference<br>**Pre-trial Conference Scheduled**<br>SO ORDERED: JUDGE NANCY M. WATKINS DIV 21<br>    **Associated Entries:** 06/01/2017 - Hearing Continued/Rescheduled<br>    **Scheduled For:** 06/01/2017; 9:00 AM ; NANCY WATKINS MCLAUGHLIN; St Louis County |
| 06/01/2017 | **Hearing Continued/Rescheduled**<br>    Hearing Continued From: 06/01/2017; 9:00 AM Pre-trial Conference<br>**Pre-trial Conference Scheduled**<br>SO ORDERED: JUDGE NANCY M. WATKINS DIV 21<br>    **Associated Entries:** 08/04/2017 - Hearing Continued/Rescheduled<br>    **Scheduled For:** 09/14/2017; 9:00 AM ; NANCY WATKINS MCLAUGHLIN; St Louis County<br>**Plea/Trial Setting Scheduled**<br>SO ORDERED: JUDGE NANCY M. WATKINS DIV 21<br>    **Scheduled For:** 06/04/2018; 9:00 AM ; NANCY WATKINS MCLAUGHLIN; St Louis County |

| | |
|---|---|
| 08/04/2017 | **Hearing Continued/Rescheduled**<br>　　Hearing Continued From: 09/14/2017; 9:00 AM Pre-trial Conference<br>**Pre-trial Conference Scheduled**<br>ON THE COURTS OWN MOTION THE PRE TRIAL CONFERENCE SCHEDULED FOR THURSDAY SEPTEMBER 14, 2017 IS HEREBY CONTINUED TO THURSDAY SEPTEMBER 28, 2017 AT 09:00 AM SO ORDERED: JUDGE NANCY M. WATKINS MCLAUGHLIN DIV 21<br>　　Associated Entries: 09/28/2017 - Hearing Continued/Rescheduled<br>　　Scheduled For: 09/28/2017; 9:00 AM; NANCY WATKINS MCLAUGHLIN; St Louis County |
| 09/28/2017 | **Motion Filed**<br>Motion for 2nd mental examination; Electronic Filing Certificate of Service.<br>　　Filed By: JASON ANDREW DENNEY<br>　　Associated Entries: 09/28/2017 - Motion Granted/Sustained<br>**Motion Granted/Sustained**<br>MOTION FOR 2ND MENATL EXAMINATION GRANTED AND FILED SO ORDERED: JUDGE NANCY M. WATKINS MCLAUGHLIN DIV 21<br>　　Filed By: JASON ANDREW DENNEY<br>　　Associated Entries: 09/28/2017 - Motion Filed<br>**Hearing Continued/Rescheduled**<br>　　Hearing Continued From: 09/28/2017; 9:00 AM Pre-trial Conference<br>**Pre-trial Conference Scheduled**<br>SO ORDERED: JUDGE NANCY M. WATKINS MCLAUGHLIN DIV 21<br>　　Scheduled For: 01/11/2018; 9:00 AM; NANCY WATKINS MCLAUGHLIN; St Louis County |
| 10/17/2017 | **Correspondence Filed**<br>LETTER TO APA REQUESTING POLICE REPORT<br>**Filing:**<br>REQUEST FOR PSYCHIATRIC EXAM FAXED TO MSLPC |

Click here to receive MOVANS phone/e-mail notices of future hearings on this case

Case.net Version 5.13.16.6　　　　　　　　Return to Top of Page　　　　　　　　Released 06/08/2017

*[Handwritten annotation with arrow pointing to 09/28/2017 entry:]* why are they requesting a second mental evaluation?